IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY, | No. 2:12-cv-1182-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| K. TURNER, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action. On June 28, 2012, the court issued an order denying plaintiff's application for leave to proceed in forma pauperis and ordering plaintiff to show cause why this action should not be dismissed without prejudice to re-filing upon pre-payment of the filing fees.

       The court outlined that plaintiff has had at least three other cases dismissed for failure to state a claim. Thus, plaintiff is ineligible to proceed in this action without the prepayment of the filing fees. Plaintiff was warned that failure to respond to the order to show cause may result in the dismissal of this action for the reasons outlined as well as for failure to

prosecute and comply with court rules and orders.  See Local Rule 110.

Plaintiff has not responded to the court's order as directed.  The undersigned finds it appropriate to dismiss this action for plaintiff's failure to pre-pay the filing fee, after finding plaintiff ineligible to proceed in forma pauperis, and for plaintiff's failure to comply with court order.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed; and
2. The Clerk of the Court is directed to enter judgment and close this case.

DATED:  August 10, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE